# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 13-04016-CR-C-BP-01 |
| PETR BABENKO, | ) | |
| Defendant. | ) | |

## ORDER

On June 24, 2014, Magistrate Judge Matt J. Whitworth issued his Report and Recommendation, (Doc. 76), concluding that the Court should deny Defendant Petr Babenko's Motions to Dismiss the Indictment. (Docs. 63, 73.) Defendant objects to the Report. (Doc. 79.) The Court has conducted an independent review of Judge Whitworth's Report and the Indictment, as well as the parties' filings submitted before and in response to the Report. The Court will adopt Judge Whitworth's Report in full as its Order.

Accordingly, Defendant Babenko's Motions to Dismiss the Indictment, (Doc. 63, 73), are **DENIED**. Defendant's alternative Motion to Suppress, (Doc. 63), is thus **DENIED as moot**. Further, Defendant's objection to the Report, (Doc. 79), is **OVERRULED**.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: 7/30/2014